452 A.2d 1076

Commonwealth ex rel. Tropiano v. Tropiano, Appellant.

Argued June 11, 1980. Henry A. Stein, for appellant; John F. McAllister, for appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Order affirmed.

WICKERSHAM, J., concurred in the result.

___

452 A.2d 1076

In the Matter of Steven Ruggles, a minor.

Argued April 28, 1982. Carmella Presogna, Assistant Public Defender, for appellant; Dana S. Jones, Assistant District Attorney, for Commonwealth, participating party.

Before CERCONE, P.J., BECK and MONTEMURO, JJ.

Appeal dismissed as moot.